No. 6405. STOKES *v.* HOWARD, REFORMATORY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 6406. DELGADO *v.* ZELKES, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 6407. DOWELL *v.* SALISBURY, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 6409. PETWAY *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 6410. GLASS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 6412. MULLIGAN *v.* JOHNSON, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 6413. BLANCHARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6415. BERRY *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 6416. MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6417. BAREFIELD *v.* NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 6418. BATES *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 6422. WOODSON *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied.

No. 6424. HOHENSEE *v.* SCIENTIFIC LIVING, INC. C. A. 4th Cir. Certiorari denied.

No. 6425. BOEHME *v.* HARRISON, WARDEN. C. A. 2d Cir. Certiorari denied.